## A91A0682. POSTELL v. THE STATE.
(417 SE2d 222)

ANDREWS, Judge.

In *Postell v. State*, 261 Ga. 842 (412 SE2d 831) (1992) the Supreme Court reversed the judgment of this Court in *Postell v. State*, 200 Ga. App. 208 (407 SE2d 412) (1991). Accordingly, our judgment in this case is vacated, and the judgment of the Supreme Court is made the judgment of this Court.

*Judgment reversed. Sognier, C. J., and McMurray, P. J., concur.*

DECIDED MARCH 6, 1992.

Perry, Walters & Lippitt, Jesse W. Walters, Nancy G. Grigg, for appellant.

*Britt R. Priddy, District Attorney*, for appellee.